# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

Jorge E. Ordonez Maluf,

        Plaintiff(s),

v.

Bergelectric Corp.,

        Defendant(s).

2:23-cv-00115-CDS-VCF

**ORDER**

    In light of Judge Silva's Order adopting the Report and Recommendation entered at ECF No. 9, the clerk is directed to review, and if appropriate, issue plaintiff's proposed summons filed at ECF No. 12 and any additional proposed summons filed on the docket.

    DATED this 18th day of May 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE