# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE E. ORDONEZ MALUF, | Case No. 2:23-cv-00115-CDS-VCF |
| Plaintiff, | **Order** |
| v. | |
| BERGELECTRIC CORP., | |
| Defendant. | |

On June 30, 2023, the Court entered an order setting the early neutral evaluation and requiring the submission of evaluation statements by August 22, 2023. Docket No. 19. To date, Defendant has not submitted its statement. Accordingly, Defendant is **ORDERED** to submit an evaluation statement in compliance with the Court's order by 10:00 a.m. on August 28, 2023.[1]  **Failure to comply with this order may result in the imposition of sanctions and/or the vacation of the early neutral evaluation.**

IT IS SO ORDERED.

Dated: August 25, 2023

  Nancy J. Koppe
  United States Magistrate Judge

---

[1] Given the close proximity to the actual early neutral evaluation, defense counsel must ensure that the statement they submit complies with all of the requirements established in the prior order.