# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jorge E. Ordonez Maluf,<br><br>              Plaintiff(s),<br><br>vs.<br><br><br>Bergelectric Corp,<br><br>              Defendant(s). | 2:23-cv-00115-CDS-MDC<br><br>**Order setting hearing** |

**It is so ordered** that the parties shall appear in person on **March 21, 2024 at 10:00am in courtroom 3B** for a motion hearing on:

1. Defendant's *motion to compel* (ECF No. 29).

2. Defendant's *motion to extend time* (ECF No. 30).

3. Defendant's *motion to extend time* (ECF No. 31).

DATED this 23rd day of February 2024.

                                 _____
                                 Maximiliano D. Couvillier III
                                 United States Magistrate Judge