# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jorge E. Ordonez Maluf,<br><br>                    Plaintiff<br><br>    v.<br><br>Bergelectric Corp,<br><br>                    Defendant | Case No. 2:23-cv-00115-CDS-MDC<br><br>**Ordering Adam N. Bouayad to Register for Electronic Service** |

On June 29, 2023, attorney Adam Bouayad was granted permission to practice in this district in this matter. ECF No. 18. On that day, counsel was instructed to register with the court's e-filing system. *Id.* The docket indicates that counsel did not register. On March 21, 2024 the clerk's office notified Bouayad he was in violation of Local Rules LR IC 2-1(a) and 2-1(d) by failing to register in the court's electronic filing system. ECF No. 39. As of the date of this order, Bouayad has yet to comply with LR IC 2-1(a) and 2-1(d). Under this district's local rules, attorneys "admitted to participate in a case pro hac vice . . . must register as a 'filer'" to file and receive documents electronically. LR IC 2-1(a).

IT IS THEREFORE ORDERED that Adam Bouayad must register with the court's electronic filing system by April 5, 2024. Failure to do so may result in his inability to appear in this jurisdiction for this case.

Dated: April 1, 2024

_____
Cristina D. Silva
United States District Judge