UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jorge E. Ordonez Maluf,<br><br>        Plaintiff(s),<br><br>vs.<br><br>Bergelectric Corp,<br><br>        Defendant(s). | 2:23-cv-00115-CDS-MDC<br><br>**Order Setting Hearing and Vacating Deadlines** |

    Defendant Bergelectric Corp. filed multiple emergency motions. ECF Nos. 52, 53, and 54. The motions are still briefing and pending before the Court, but the defendants filed them as emergencies due to the upcoming discovery deadlines. The motions will be briefed in the ordinary course, and plaintiff's responses to the motions are to be filed by June 24, 2024.

    IT IS ORDERED that:

1. The parties shall appear in-person at **9:30 am on August 8, 2024 in Courtroom 3B** for a hearing on the following motions by the defendants:

    a. *Emergency Motion to Compel The Resumption of Plaintiff Jorge E. Ordonez Maluf's Deposition* (ECF No. 52);

    b. *Emergency Motion to Continue* (ECF No. 53); and

    c. *Emergency Motion for Sanctions* (ECF No. 54).

2. The remaining discovery plan and scheduling order deadlines, including the upcoming dispositive motion deadline, (ECF No. 40) are all VACATED pending further Order of the Court.

Dated this 17th day of June 2024.

                                                                     _____
                                                                     Hon. Maximiliano D. Couvillier III
                                                                     United States Magistrate Judge