# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jorge E. Ordonez Maluf, | 2:23-cv-00115-CDS-MDC |
| Plaintiff(s), | **ORDER REGARDING HEARING** |
| vs. | |
| Bergelectric Corp, | |
| Defendant(s). | |

IT IS ORDERED that the following motions will also be addressed at the previously scheduled hearing (ECF No. 55) at **9:30 am on August 8, 2024 in Courtroom 3B**:

1. Plaintiff's *Motion for a Protective Order* (ECF No. 60)

2. Defendant's *Motion to Strike* (ECF No. 63)

   a. Any response to the defendant's *Motion to Strike* (ECF No. 63) is SHORTENED to 8/7/2024. Since the defendant moves to strike its own inadvertently filed documents, the Court does not believe a response is necessary, but is allowing the pro se plaintiff an opportunity to respond in an abundance of caution. No reply is necessary.

Dated this 6th day of August 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge