UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jorge E. Ordonez Maluf,

         Plaintiff

v.

Bergelectric Corp.,

         Defendant

Case No. 2:23-cv-00115-CDS-MDC

**Order Granting Defendant's Motion to Extend Dispositive Motions Deadline**

[ECF No. 76]

Defendant Bergelectric Corp. moves to extend the dispositive motions deadline (ECF No. 76) in light of my order instructing defendant and plaintiff Jorge Maluf to reschedule the date of Maluf's deposition for December 13, 2024, or earlier. Order, ECF No. 76. Given that the only date that worked to resume Maluf's deposition was December 12, 2024, Bergelectric requests an extension of the dispositive motion deadline to sixty days after Maluf's deposition, making the dispositive motions deadline February 10, 2025.[1] ECF No. 77 at 3. This motion is fully briefed.[2] Because I did not update the dispositive motions deadline in my prior order, and because I find good cause, Bergelectric's motion to extend the dispositive motions deadline is granted. The dispositive motions deadline is extended until February 10, 2025.

### Conclusion

IT IS THEREFORE ORDERED that Bergelectric's motion to extend **[ECF No. 76]** is **GRANTED.** The dispositive motions deadline is extended until February 10, 2025.

Dated: December 23, 2024

_____
Cristina D. Silva
United States District Judge

---

[1] Defendant's motion asks for the date to be "February 10, 2024" but I assume that is merely a scrivener's error so it is construed as request for February 10, 2025.
[2] Pl.'s opp'n., ECF No. 77; Def.'s reply, ECF No. 78.