JORGE ORDONEZ MALUF
11035 Lavender Hill Rd #160-529
Las Vegas, Nevada 89135
Phone: 310-343-0937
Email: malufjorge@yahoo.com
*Plaintiff, Pro Se*

Adam N. Bouayad, Esq. (*Pro Hac Vice*)
WOLFLICK, KHACHATURIAN & BOUAYAD, APC
130 North Brand Boulevard, Suite 410
Glendale, California 91203
Telephone: 818-243-8300
Email: adam@wolfsim.com
*Attorneys for Defendant,*
BERGELECTRIC, CORP.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE ORDONEZ MALUF,<br>Plaintiff,<br><br>vs.<br><br>BERGELECTRIC CORP.,<br>Defendant. | Case No.: 2:23-cv-00115-CDS-MDC<br><br>Order Approving Stipulation<br>TO STAY DEADLINE FOR SUBMISSION<br>OF JOINT PRETRIAL ORDER<br><br>[ECF No. 100] |

Plaintiff JORGE ORDONEZ MALUF ("Plaintiff"), pro se, and Defendant BERGELECTRIC CORP. ("Defendant"), through its counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiff filed a Motion for Revision of Interlocutory Orders (ECF No. 99) on August 18, 2025;

2. WHEREAS, the outcome of that motion will substantially alter the scope of claims, evidence, and issues to be presented at trial;

3. WHEREAS, the current deadline for the Joint Pretrial Order is August 22, 2025;

4. WHEREAS, the parties agree that preparing the Joint Pretrial Order before a ruling on ECF No. 99 would be inefficient and contrary to the interests of judicial economy;

THEREFORE, the parties respectfully request the Court stay the submission deadline for the Joint Pretrial Order until 21 days after the Court issues its ruling on ECF No. 99.

IT IS SO STIPULATED.

Signed August 19, 2025, in Las Vegas, Nevada

JORGE ORDONEZ MALUF
11035 Lavender Hill Rd #160-529
Las Vegas, Nevada 89135
Phone: 310-343-0937
Email: malufjorge@yahoo.com
*Plaintiff, Pro Se*

Signed August 19, 2025

Adam N. Bouayad, Esq. (*Pro Hac Vice*)
WOLFLICK, KHACHATURIAN & BOUAYAD, APC
130 North Brand Boulevard, Suite 410
Glendale, California 91203
Telephone: 818-243-8300
Email: adam@wolfsim.com
*Attorneys for Defendant, BERGELECTRIC, CORP.*

## ORDER

Based on the foregoing stipulation of the parties, the deadline for the proposed joint pretrial order is stayed. The proposed order is due twenty-one days after the court's ruling on the plaintiff's motion for revision (ECF No. 99).

Dated: August 20, 2025

The Honorable Cristina D. Silva
United States District Judge