Jorge Ordonez Maluf (*Pro Se*)
11035 Lavender Hill Rd. #160-529
Las Vegas, Nevada 89135
Telephone: 310-343-0938
Email: malufjorge@yahoo.com
Plaintiff, Pro Se

Christopher A.J. Swift, Esq. (*State Bar No.:11291/Resident Counsel*)
**ARIAS SANGUINETTI WANG & TEAM LLP**
7251 W. Lake Mead Blvd., Suite 114
Las Vegas, NV 89128
Telephone: 702-789-7529
Email: christopher@aswtlawyers.com
Attorneys for Defendant,
BERGELECTRIC, CORP.

Adam N. Bouayad, Esq. (*Pro Hac Vice*)
**WOLFLICK, KHACHATURIAN & BOUAYAD, APC**
130 North Brand Boulevard, Suite 410
Glendale, California 91203
Telephone:    818-243-8300
Email: adam@wolfsim.com
Attorneys for Defendant,
BERGELECTRIC, CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE E. ORDONEZ MALUF<br><br>　　　　Plaintiff<br><br>v.<br><br>BERGELECTRIC CORP.,<br><br>　　　　Defendant | [Case Number 2:23-cv-00115-CDS-MDC]<br><br>**Order Approving STIPULATION TO CONTINUE DEADLINE RE SUBMISSION OF JOINT PRETRIAL ORDER**<br><br>ECF No. 107 |

**STIPULATION TO CONTINUE DEADLINE RE SUBMISSION OF
JOINT PRETRIAL ORDER
CASE NO: 2:23-cv-00115-CDS-MDC**

Plaintiff JORGE ORDONEZ MALUF ("Plaintiff"), pro se, and Defendant BERGELECTRIC CORP. ("Defendant"), through its counsel of record, (collectively the "Parties") hereby stipulate and agree as follows:

1. WHEREAS, on September 5, 2025, the Court issued an Order denying Plaintiff's Motion for Revision of Interlocutory Orders and Defendant's Motion for Sanctions, and ordered the Parties to prepare and file a proposed joint pretrial order by September 26, 2025 (**ECF No. 105**);

2. WHEREAS, since the Court's September 5th Order, the Parties have been in contact to arrange a telephonic meet and confer to discuss their joint pretrial order;

3. WHEREAS, on September 25, 2025, the Parties began their meet and confer to discuss their joint pretrial order, however, they were unable to complete the process at that time;

4. WHEREAS, due to the parties' schedules, they will be unable to complete their meet and confer to discuss their joint pretrial order before the Court's September 26, 2025, deadline;

5. WHEREAS, the Parties expect to be able to meet and confer, and prepare and file their joint pretrial order, within the next three (3) weeks;

THEREFORE, the Parties respectfully request the Court continue their September 26, 2025, deadline to prepare and file a proposed joint pretrial order by three (3) weeks.

**SO STIPULATED.** Dated:

September 29, 2025                By:   /s/ Jorge Ordonez Maluf
                                        JORGE ORDONEZ MALUF
                                        Pro Se

WOLFLICK KHACHATURIAN & BOUAYAD

Dated:  September 29, 2025         By:   /s/ Adam N. Bouayad
                                        ADAM N. BOUAYAD
                                        Attorneys for Defendant
                                        BERGELECTRIC CORP.

## Order

Based on the parties' stipulation, it is ordered that the deadline to file their proposed joint pretrial order is extended to October 17, 2025.

Dated: September 29, 2025

_____
United States District Judge