Christopher A.J. Swift (SBN: 11291)
**ARIAS SANGUINETTI WANG & TEAM LLP**
7251 W. Lake Mead Blvd., Suite 114
Las Vegas, Nevada 89128
Telephone: (702) 789-7529
Facsimile:  (702) 909-7865
Email: LVEfile@aswtlawyers.com
Email: Gregg@aswtlawyers.com

Adam n. Bouyad, Esq. (*Pro Hac Vice*)
**WOLFLICK KHACHATURIAN & BOUYAD, APC**
130 N. Brand Blvd., Suite 410
Glendale, CA 91203
Telephone:  (818) 243-8300
Email: Adam@wolfsim.com

Attorneys for Defendant,
*BERGELECTRIC, CORP.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE E. ORDONEZ MALUF,<br><br>Plaintiff<br><br>v.<br><br>BERGELECTRIC CORP.,<br><br>Defendant | CASE NO. 2:23-cv-00115-CDS-MDC<br><br>**Order Approving STIPULATED REQUEST FOR PRETRIAL CONFERENCE PURSUANT TO LOCAL RULE 16-2**<br><br>[ECF No. 130] |

Plaintiff JORGE ORDONEZ MALUF ("Plaintiff"), *Pro Se*, and Defendant BERGELECTRIC CORP. ("Defendant"), through its counsel of record, (collectively the "Parties") hereby stipulate and agree as follows:

1. WHEREAS, on December 5, 2025, the Court ordered the Parties to prepare a Proposed Joint Pretrial Order, due by January 7, 2026 (**ECF No. 129**);

2. WHEREAS, due to scheduling conflicts and the holidays, the parties were unable to meet and confer on a Proposed Joint Pretrial Order until January 2, 2026;

3. WHEREAS, the Parties participated in a telephonic meet and confer to discuss their Proposed Joint Pretrial Order on January 2, 2026; however, the meet and confer was cut short after an hour due the Parties' differing views regarding what is at issue in the case; and their general inability to communicate effectively with one another;

4. WHEREAS, the Parties then attempted to prepare their Proposed Joint Pretrial Order by email, which was both ineffective and inefficient;

5. WHEREAS, the Parties seek this Court's assistance in preparing this case for trial pursuant to Local Rule 16-2 (Pretrial Conference);

6. WHEREAS, the Parties are available to participate in a Pretrial Conference any day in January 2026, except for 1/12, 1/13, 1/21, 1/26, 1/27, 1/28, 1/29; and then are available again in March 2026, generally.

THEREFORE, the Parties respectfully request that this Court schedules a Local Rule 16-2 Pretrial Conference based on the Parties availability identified above in order to assist them in preparing this case for trial.

**SO STIPULATED.**

Dated: January 7, 2026                By:   /s/ Jorge Ordonez Maluf
                                            JORGE ORDONEZ MALUF
                                            Pro Se

Dated: January 7, 2026

**ARIAS SANGUINETTI WANG &TEAM LLP**

/s/ *[signature]*
Gregg A. Hubley, Esq.
Christopher A.J. Swift, Esq.

*Attorney for Defendant*
BERGELECTRIC CORP.

**WOLFLICK KHACHATURIAN & BOUAYAD**

Adam N. Bouayad, Esq.

*Attorney for Defendant*
BERGELECTRIC CORP.

**Order**

Based on the foregoing stipulation of the parties, and good cause appearing, the parties must appear for a pretrial status conference on January 27, 2026, at 10:00 a.m. in LV Courtroom 6B.

Dated: January 12, 2026

*[signature]*
Cristina D. Silva
United States District Judge