JORGE ORDONEZ MALUF
11035 Lavender Hill Rd #160-529
Las Vegas, Nevada 89135
Phone: 310-343-0937
Email: malufjorge@yahoo.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JORGE ORDONEZ MALUF,

Plaintiff,

vs.

BERGELECTRIC CORP.,

Defendant.

Case No.: 2:23-cv-00115-CDS-MDC

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**

[ECF No. 133]

Plaintiff JORGE ORDONEZ MALUF ("Plaintiff") and Defendant BERGELECTRIC CORP. ("Defendant"), by and through counsel, hereby stipulate and request that the deadline to file the Joint Pretrial Order be extended by two (2) weeks.

The parties have worked cooperatively to prepare the Joint Pretrial Order and are close to finalizing the document. However, due to a recent family bereavement affecting Defendant's counsel, additional time is necessary to complete review and finalize the filing.

Accordingly, the parties respectfully request that the deadline to file the Joint Pretrial Order be extended for a period of two (2) weeks from the current deadline.

The parties further inform the Court that they are discussing the possibility of engaging in alternative dispute resolution prior to trial.

This request is made in good faith and not for purposes of delay.

DATED this 27th day of February, 2026.

Respectfully submitted,

/s/ Jorge Maluf
Plaintiff, pro se
1035 Lavender Hill Rd #160-529
Las Vegas, Nevada 89135
Phone: 310-343-0937
Email: malufjorge@yahoo.com

/s/ Adam N. Bouayad
Attorney for Defendant
130 North Brand Boulevard, Suite 410
Glendale, California 91203
Telephone: 818-243-8300
Email: adam@wolfsim.com

1

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER

## ORDER

**Based on the foregoing**, the deadline for the proposed Joint Pretrial Order is extended by two (2) weeks. The proposed order is due March 13, 2026.

DATED: February 27, 2026

_____
The Honorable Cristina D. Silva
United States District Judge