Jorge Ordonez Maluf (*Pro Se*)
11035 Lavender Hill Rd. #160-529
Las Vegas, Nevada 89135
Telephone: 310-343-0938
Email: malufjorge@yahoo.com
Plaintiff, Pro Se

Christopher A.J. Swift, Esq. (*State Bar No.:11291/Resident Counsel*)
**ARIAS SANGUINETTI WANG & TEAM LLP**
7251 W. Lake Mead Blvd., Suite 114
Las Vegas, NV 89128
Telephone: 702-789-7529
Email: christopher@aswtlawyers.com
Attorneys for Defendant,
BERGELECTRIC, CORP.

Adam N. Bouayad, Esq. (*Pro Hac Vice*)
**WOLFLICK, KHACHATURIAN & BOUAYAD, APC**
130 North Brand Boulevard, Suite 410
Glendale, California 91203
Telephone:    818-243-8300
Email: adam@wolfsim.com
Attorneys for Defendant,
BERGELECTRIC, CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE E. ORDONEZ MALUF <br><br> Plaintiff <br><br> v. <br><br> BERGELECTRIC CORP., <br><br> Defendant | Case Number 2:23-cv-00115-CDS-MDC <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT AMENDED JOINT PRETRIAL ORDER** <br><br> [ECF No.  137] |

Plaintiff JORGE ORDONEZ MALUF ("Plaintiff"), pro se, and Defendant BERGELECTRIC CORP. ("Defendant"), through its counsel of record, (collectively the "Parties") hereby stipulate and agree as follows:

1.  WHEREAS, the Parties filed their Proposed Joint Pretrial Order with the Court on March 13, 2026 (ECF No. 135);

2.  WHEREAS, on April 24, 2026, the Court issued an Order Rejecting Proposed Joint Pretrial Order (ECF No. 136);

3.  WHEREAS, the Court's April 24th Order "recognize[d] the progress the parties have made thus far", it also noted that "additional efforts [are] required to present a fully compliant joint order", and ordered the parties to file a Second Proposed Joint Pretrial Order by May 22, 2026  (ECF No. 136);

4.  WHEREAS, since the Court's April 24th Order, the Parties have met and conferred via email in furtherance of their Second Proposed Joint Pretrial Order;

5.  WHEREAS, due to the parties' schedules they will be unable to complete their meet and confer necessary to finalize the Second Proposed Joint Pretrial Order before the Court's May 22, 2025, deadline;

6.  WHEREAS, based on their respective schedules and the upcoming Memorial Day holiday, the Parties expect to be able to meet and confer, and prepare/file their joint pretrial order, within two (2) weeks of the Court's current May 22nd deadline.

THEREFORE, the Parties respectfully request that the Court continue their May 22, 2026, deadline to file their Second Proposed Joint Pretrial Order by two (2) weeks.

**SO STIPUALTED.**

2

**STIPULATION TO EXTEND DEADLINE TO SUBMIT
AMENDED JOINT PRETRIAL ORDER
CASE NO: 2:23-cv-00115-CDS-MDC**

Dated:  May 20, 2026                    By:   /s/ Jorge Ordonez Maluf
                                              JORGE ORDONEZ MALUF
                                              Pro Se


**ARIAS SANGUINETTI WANG & TEAM LLP**

Dated:  May 20, 2026                    By:   /s/ Christopher A.J. Swift, Esq.
                                              CHRISTOPHER A.J. SWIFT
                                              Attorneys for Defendant
                                              BERGELECTRIC CORP.


## ORDER

Based on the foregoing stipulation of the parties, and good cause showing, the parties' deadline to prepare and file a proposed joint pretrial order is extended nunc pro tunc to June 5, 2026.

Dated: June 1, 2026

_____
Cristina D. Silva
United States District Judge

3

**STIPULATION TO EXTEND DEADLINE TO SUBMIST
AMENDED JOINT PRETRIAL ORDER
CASE NO: 2:23-cv-00115-CDS-MDC**