MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
CHRISTOPHER LUND, ESQ.
Nevada Bar No. 12435
MEGAN CUNNINGTON
Nevada Bar No. 17180
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: mayers@grsm.com
tlund@grsm.com
*Attorneys for Defendant*
*Bergelectric Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE ORDONEZ MALUF,<br>Plaintiff,<br>v.<br>BERGELECTRIC CORP.,<br>Defendants. | Case No.: 2:23-cv-00115-CDS-MDC<br><br>**[PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL** |

The Court, having considered the foregoing Substitution of Counsel, and good cause appearing therefor, hereby ORDERS that:

Michael Ayers, Esq., Christopher Lund, Esq. and Megan Cunnington, Esq. of Gordon Rees Scully Mansukhani, LLP are substituted as counsel of record for Bergelectric Corp in place of Christopher A.J. Swift, Esq. of Arias Sanguinetti Wang & Team LLP (*Resident Counsel*); and Adam Bouayad, Esq. of Wolflick, Khachaturian & Bouayad, APC (*Pro Hac Vice*), who are hereby relieved as counsel of record and terminated from the docket in this matter.

IT IS SO ORDERED.

Dated: 9-30-26

Hon. ____________________
United States Magistrate Judge



GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101